# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8019
Owners:  Alejo Clarke, Jr., *et al*.
Acres:  1.606

**Being** a 1.606 acre (69,949 square feet) parcel of land, more or less, being out of the Ventura Vela Survey, Abstract No. 184, Porción 84, Starr County, Texas, being out of a called 3.0966 acre tract conveyed to Tiburcio Rodriguez, Eulogio Rodriguez, Manuel Lopez, Aurora Lopez, Evangelina Rodriguez de Gonzalez, wife of Santana Gonzalez, Manuela Rodriguez de Palmer, wife of William H. Palmer and Azucena Rodriguez Brown, wife of Harden C. Brown by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 1-A), being the same tract of land conveyed to Martin George Johnston and Lilia Lopez Johnston by Warranty Deed recorded in Volume 162, Page 472, Deed Records of Starr County, Texas and being the same tract of land conveyed to Alejo Clarke, Jr. by Gift Warranty Deed recorded in Document No. 2020-356371, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 1" rebar for the northwest corner of Tract RGV-RGC-8019, said point being at the northwest corner of Share 1-A and the southwest corner of the remainder of a called 5.526 acre tract described in Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 3-B), said point being in the east line of a called 582.548 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 609, Page 258, Official Records of Starr County, Texas "Tract (620)", said point having the coordinates of N=16646263.787, E=899475.781, said point bears S 21°08'49" E, a distance of 604.02' from United States Army Corps of Engineers Control Point No. SS12-2019;

**Thence:** S 80°39'28" E (S 80°45' E, Record), departing the east line of the 582.548 acre tract, with the north line of Share 1-A and the south line of Share 3-B, for a distance of 127.19' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-2=8040-3" in the north line of Tract RGV-RGC-8019, said point being in the north line of Share 1-A and the south line of Share 3-B;

**Thence:**  S 80°39'28" E (S 80°45' E, Record), continuing with the north line of Share 1-A and the south line of Share 3-B, for a distance of 268.64' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-2-1" for the most northerly northeast corner of Tract RGV-RGC-8019, said point being in the north line of Share 1-A and the south line of Share 3-B,

## SCHEDULE C (Cont.)

said point being at the northwest corner of a called 0.19 acre tract conveyed to Sylvia Lopez by Deed recorded in Volume 886, Page 518, Official Records of Starr County, Texas (First Tract);

**Thence:** departing the north line of Share 1-A and the south line of Share 3-B, with the west and south lines of the 0.19 acre tract, over and across Share 1-A, the following courses and distances:

- S 08°49'32" W (S 09°15' W, Record), for a distance of 66.50' (66.5', Record) to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-2-2" for a northeasterly interior corner of Tract RGV-RGC-8019;

- S 86°10'28" E (S 86°16' E, Record), for a distance of 119.46' (120.5', Record) to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-2-3" for the most easterly northeast corner of Tract RGV-RGC-8019, said point being at the southeast corner of the 0.19 acre tract, said point being in the east line of Share 1-A and the west line of a called 1.88 acre tract conveyed to Victor Vincent Vicinaiz and Ileana Thelma Chapa Vicinaiz by Warranty Deed recorded in Volume 678, Page 104, Official Records of Starr County, Texas (Share 10-A);

**Thence:** S 08°59'45" W (S 09°15' W, Record), with the east line of Share 1-A and the west line of Share 10-A, for a distance of 32.07' to a calculated point for the most easterly southeast corner of Tract RGV-RGC-8019, said point being in the east line of Share 1-A and the west line of Share 10-A, said point being at the northeast corner of a called 0.1377 acre tract conveyed to Eulogio Rodriguez by Warranty Deed recorded in Volume 363, Page 411, Deed Records of Starr County, Texas;

**Thence:** departing the east line of Share 1-A and the west line of Share 10-A, with the north and west lines of the 0.1377 acre tract, over and across Share 1-A, the following courses and distances:

- N 80°55'47" W (N 80°45' W, Record), for a distance of 119.79' (120.0', Record) to a calculated point for a southeasterly interior corner of Tract RGV-RGC-8019;

- S 09°15'00" W (S 09°15' W, Record), for a distance of 23.33' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-4=8056-2" in an easterly line of Tract RGV-RGC-8019;

- S 09°15'00" W (S 09°15' W, Record), for a distance of 26.67' to a calculated point for a southeasterly corner of Tract RGV-RGC-8019, said point being at the southwest corner of the 0.1377 acre tract and a southeasterly corner of the remainder of the 3.0966 acre tract, said point being in the south line of Share 1-A

## SCHEDULE C (Cont.)

and the north line of a called 1.070 acre tract conveyed to Tomas Valadez, Rita Tamez Vda de Valadez, Victor Valadez, Ventura S. Valadez, Fidela Valadez de Alaniz, wife of Eustolio Alaniz, Melecio Valadez, Encarnacion Valadez, Gustavo Valadez and Guadalupe Garcia de Valadez, wife of Rafael Valadez Soto by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 3-A), being the same tract of land conveyed to Sylvia Lopez by Warranty Deed with Vendor's Lien recorded in Volume 886, Page 518, Official Records of Starr County, Texas (Second Tract), being the same tract of land conveyed to Gerarda G. Valadez, Gustavo Valadez, Jr. and Armando Valadez by Affidavit of Heirship recorded in Volume 666, Page 647, Official Records of Starr County, Texas, being the same tract of land conveyed to Rebecca Valadez Montalvo by Deed of Gift recorded in Volume 391, Page 787, Deed Records of Starr County, Texas, being the same tract of land conveyed to Oscar R. Valadez, Executor and Trustee by Probate (Cause No. 11,201) recorded in Volume 406, Page 454, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Armando Valadez, Jr., Diana S. Valadez, Edward Valadez, Jerry Valadez and Brenda Valadez by Affidavit of Facts Concerning the Identity of Heirs recorded in Document No. 2021-362915, Official Records of Starr County, Texas;

**Thence:** N 80°55'47" W (N 80°45' W, Record), with the south line of Share 1-A and the north line of Share 3-A, passing at 88.80' a found 5/8" rebar at the northwest corner of Share 3-A, the northeast corner of a called 0.950 acre tract described in Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 2-A) and the northeast corner of a called 0.19 acre tract conveyed to Evelyn Garza by Warranty Deed of Gift recorded in Volume 887, Page 643, Official Records of Starr County, Texas (Tract No. Two), continuing for a total distance of 228.97' to a found 3/4" rebar for the southerly interior corner of Tract RGV-RGC-8019, said point being at the southerly interior corner of Share 1-A, the northwest corner of Share 2-A and the northwest corner of the 0.19 acre tract;

**Thence:** S 09°04'13" W (S 9°15' W, Record), with the east line of Share 1-A, the west line of Share 2-A and the west line of the 0.19 acre Garza tract, passing at 68.40' the southwest corner of the 0.19 acre tract and the northwest corner of a called 0.76 acre tract conveyed to Leticia Larson by Warranty Deed recorded in Volume 668, Page 736, Official Records of Starr County, Texas, continuing for a total distance of 126.15' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-7=8021-5" for the south corner of Tract RGV-RGC-8019, said point being in the east line of Share 1-A, the west line of Share 2-A and the west line of the 0.76 acre tract;

## SCHEDULE C (Cont.)

**Thence:** N 47°35'13" W, departing the west line of Share 2-A and the west line of the 0.76 acre tract, over and across Share 1-A, for a distance of 199.84' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8011-1-7=8019-8" for the southwest corner of Tract RGV-RGC-8019, said point being in the west line of Share 1-A and the east line of the 582.548 acre tract;

**Thence:** N 09°20'32" E (N 9°15' E, Record), with the west line of Share 1-A and the east line of the 582.548 acre tract, for a distance of 155.84' to the **Point of Beginning**.

## SCHEDULE C (Cont.)

Tract:  RGV-RGC-8056
Owners:  Alejo Clarke, Jr., *et al*.
Acres**:**  0.040

**Being** a 0.040 of one acre (1,735 square feet) parcel of land, more or less, being out of the Ventura Vela Survey, Abstract No. 184, Porción 84, Starr County, Texas, being out of Share 1-A as described in the Gift Warranty Deed recorded in Document No. 2020-356371, Official Records of Starr County, Texas, and being out of a called 0.1377 of one acre tract conveyed to Eulogio Rodriguez by Warranty Deed recorded in Volume 363, Page 411, Deed Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a 16" mesquite tree for the southwest corner of Tract RGV-RGC-8056, said point being at the southwest corner of the 0.1377 of one acre tract, said point being in the south line of Share 1-A and the north line of a called 1.070 acre tract conveyed to Tomas Valadez, Rita Tamez Vda de Valadez, Victor Valadez, Ventura S. Valadez, Fidela Valadez de Alaniz, wife of Eustolio Alaniz, Melecio Valadez, Encarnacion Valadez, Gustavo Valadez and Guadalupe Garcia de Valadez, wife of Rafael Valadez Soto by Final Judgement-Cause No. 2232 recorded in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 3-A), being the same tract of land conveyed to Sylvia Lopez by Warranty Deed with Vendor's Lien recorded in Volume 886, Page 518, Official Records of Starr County, Texas (Second Tract), being the same tract of land conveyed to Gerarda G. Valadez, Gustavo Valadez, Jr. and Armando Valadez by Affidavit of Heirship recorded in Volume 666, Page 647, Official Records of Starr County, Texas, being the same tract of land conveyed to Rebecca Valadez Montalvo by Deed of Gift recorded in Volume 391, Page 787, Deed Records of Starr County, Texas, being the same tract of land conveyed to Oscar R. Valadez, Executor and Trustee by Probate (Cause No. 11,201) recorded in Volume 406, Page 454, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Armando Valadez, Jr., Diana S. Valadez, Edward Valadez, Jerry Valadez and Brenda Valadez by Affidavit of Facts Concerning the Identity of Heirs recorded in Document No. 2021-362915, Official Records of Starr County, Texas, said point having the coordinates of N=16646063.701, E=899844.016, said point bears S 37°30'58" E, a distance of 962.49' from United States Army Corps of Engineers Control Point No. SS12-2019, said point bears N 80°55'47" W, a distance of 88.80' from a found 5/8" rebar;

**Thence**: N 09°15'00" E (N 09°15' E, Record), departing the north line of Share 3-A, with the west line of the 0.1377 of one acre tract, over and across Share 1-A, for a distance of 26.67' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-4=8056-2" for the northwest corner of Tract RGVRGC-8056, said point being in the west line of the 0.1377 of one acre tract;

## SCHEDULE C (Cont.)

**Thence**: S 69°25'12" E, departing the west line of the 0.1377 of one acre tract, over and across the 0.1377 of one acre tract and Share 1-A, for a distance of 122.38' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8019-4" for the northeast corner of Tract RGV-RGC-8056, said point being in the east line of the 0.1377 of one acre tract, the east line of Share 1-A, the east line of Porción 84, the west line of Porción 85 and the west line of a called 1.88 acre tract conveyed to Victor Vincent Vicinaiz and Ileana Thelma Chapa Vicinaiz by Warranty Deed recorded in Volume 678, Page 104, Official Records of Starr County, Texas;

**Thence**: S 08°59'45" W (S 09°15' W, Record), with the east line of the 0.1377 of one acre tract, the east line of Share 1-A, the east line of Porción 84, the west line of Porción 85 and the west line of the 1.88 acre tract, for a distance of 2.25' to a calculated point for the southeast corner of Tract RGV-RGC-8056, said point being at the southeast corner of the 0.1377 of one acre tract, the southeast corner of Share 1-A and the northeast corner of Share 3-A, said point being in the east line of Porción 84, the west line of Porción 85 and the west line of the 1.88 acre tract;

**Thence**: N 80°55'47" W (N 80°45' W, Record), departing the east line of Porción 84, the west line of Porción 85 and the west line of the 1.88 acre tract, with the south line of the 0.1377 of one acre tract, the south line of Share 1-A and the north line of Share 3-A, for a distance of 120.01' to the Point of Beginning.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 80°39'28" E | 127.19' | S 80°45' E | N/A |
| L2 | S 80°39'28" E | 268.64' | S 80°45' E | N/A |
| L3 | S 08°49'32" W | 66.50' | S 09°15' W | 66.5' |
| L4 | S 86°10'28" E | 119.46' | N/A | N/A |
| L5 | S 08°59'45" W | 32.07' | S 09°15' W | N/A |
| L6 | N 80°55'47" W | 119.79' | N 80°45' W | 120.0' |
| L7 | S 09°15'00" W | 23.33' | S 09°15' W | N/A |
| L8 | S 09°15'00" W | 26.67' | S 09°15' W | N/A |
| L9 | N 80°55'47" W | 228.97' | N 80°45' W | N/A |
| L10 | S 09°04'13" W | 126.15' | S 9°15' W | N/A |
| L11 | N 47°35'13" W | 199.84' | N/A | N/A |
| L12 | N 09°20'32" E | 155.84' | N 9°15' E | N/A |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16646263.787 | 899475.781 | RGV-RGC-8011-1-6=8019-1 |
| 2 | 16646243.140 | 899601.285 | RGV-RGC-8019-2=8040-3 |
| 3 | 16646199.530 | 899866.364 | RGV-RGC-8019-2-1 |
| 4 | 16646133.818 | 899856.161 | RGV-RGC-8019-2-2 |
| 5 | 16646125.847 | 899975.359 | RGV-RGC-8019-2-3 |
| 6 | 16646094.167 | 899970.344 | RGV-RGC-8019-2-4=8056-4 |
| 7 | 16646113.051 | 899852.053 | RGV-RGC-8019-2-5=8056-3 |
| 8 | 16646090.021 | 899848.302 | RGV-RGC-8019-4=8056-2 |
| 9 | 16646063.701 | 899844.016 | RGV-RGC-8019-5=8056-1 |
| 10 | 16646099.798 | 899617.909 | RGV-RGC-8019-6=8056-1 |
| 11 | 16645975.228 | 899598.022 | RGV-RGC-8021-5 |
| 12 | 16646110.012 | 899450.483 | RGV-RGC-8011-1-7=8019-8 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/29/2024.
6. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
7. TITLE RESEARCH WAS PROVIDED BY CRB-PLS, LLC (DATED JUNE 23, 2023).

### ADJOINER OWNERSHIP TABLE

| KEY | ACREAGE | RECORD INFORMATION | OWNER/TRACT DESCRIPTION |
|---|---|---|---|
| 1 | 0.19 ACRES | VOL. 886, PG. 518 | SYLVIA LOPEZ (FIRST TRACT) |
| 2 | 0.1377 ACRES | VOL. 363, PG. 411 | EULOGIO RODRIGUEZ |
| 3 | 1.070 ACRES | VOL. 886, PG. 518 | SYLVIA LOPEZ (SECOND TRACT, SHARE 3-A) |
| " | " | VOL. 866, PG. 647 | GERARDA G. VALADEZ, ET AL |
| " | " | VOL. 391, PG. 787 | REBECCA VALADEZ MONTALVO |
| " | " | VOL. 406, PG. 454 | OSCAR R. VALADEZ, EXECUTOR & TRUSTEE |
| " | " | VOL. 138, PG. 215 | VICTOR VALADEZ, ET AL |
| " | " | DOC. NO. 2021-362915 | ARMANDO VALADEZ, JR., ET AL |
| 4 | 0.2058 ACRES | VOL. 748, PG. 94 | ALFREDO A. SALINAS & BELINDA A. SALINAS |
| 5 | 0.24 ACRES | VOL. 1044, PG. 220 | ELSA U. GOMEZ |
| 6 | 0.19 ACRES | VOL. 887, PG. 643 | EVELYN GARZA (TRACT No. TWO) |
| 7 | 0.76 ACRES | VOL. 668, PG. 736 | LETICIA LARSON (OUT OF SHARE 2-A) |
| 8 | 582.548 ACRES | VOL. 609, PG. 258 | UNITED STATES OF AMERICA "TRACT (620)" |
| 9 | 1.88 ACRES | VOL. 678, PG. 104 | VICTOR VINCENT VICINAIZ, ET UX |
| 10 | 5.526 ACRES | VOL. 138, PG. 215 | TOMAS VALADEZ, ET AL (REMAINDER OF SHARE 3-B) |

GRANTORS:

THE UNKNOWN HEIRS OF AURORA LOPEZ A/K/A AURORA RODRIGUEZ A/K/A AURORA R. GARCIA, THE UNKNOWN HEIRS OF EVANGELINA RODRIGUEZ DE GONZALEZ, THE UNKNOWN HEIRS OF MANUELA RODRIGUEZ DE PALMER, THE UNKNOWN HEIRS OF AZUCENA "SUSIE" RODRIGUEZ BROWN, ALEJO CLARKE, JR., EULOGIO RODRIGUEZ, THE UNKNOWN HEIRS OF MARTIN GEORGE JOHNSTON AND THE UNKNOWN HEIRS OF LILIA LOPEZ JOHNSTON



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019000
874 HARPER ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-616-1808

**METES & BOUNDS SURVEY**
THE UNKNOWN HEIRS OF AURORA LOPEZ A/K/A
AURORA RODRIGUEZ A/K/A AURORA R. GARCIA, ET AL
**TRACT No. RGV-RGC-8019**
STARR COUNTY                    TEXAS



B&F ENGINEERING, INC.
906 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com

| | BY | DATE |
|---|---|---|
| Drawn | LMK | WD4 |
| Checked | LMK | WD4 |
| Surveyor | JDB | WD4 |
| Fld. Bk. # | 23RGV-M1 | |

MDS PROJ. NO. 25-600-00    FILE NAME: RGV-RGC-8019    DATE: 9/16/2024

CONTRACT No. W912T3-14-D-0013
T/O: W912T3-19-F-0139

TEXAS LICENSE SURVEYING FIRM
No. 1019(RH), INC.
No. 10019A

# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 37°30'58" E | 962.49' | N/A | N/A |
| L2 | N 09°15'00" E | 26.67' | N 09°15' E | N/A |
| L3 | S 69°25'12" E | 122.38' | N/A | N/A |
| L4 | S 08°59'45" W | 2.25' | S 09°15' W | N/A |
| L5 | N 80°55'47" W | 120.01' | N 80°45' W | 120.0' |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16646063.701 | 899844.016 | RGV-RGC-8019-5=8056-1 |
| 2 | 16646090.021 | 899848.302 | RGV-RGC-8019-4=8056-2 |
| 3 | 16646047.001 | 899962.877 | RGV-RGC-8019-4 |
| 4 | 16646044.782 | 899962.526 | RGV-RGC-8019-5=8022-2 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS | LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019000
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1812



| | | | | Rev# Description | Date | Appd |
|---|---|---|---|---|---|---|
| METES & BOUNDS SURVEY | | | | | | |
| ALEJO CLARKE, JR., ET AL | | | | | | |
| TRACT No. RGV-RGC-8056 | | | | | | |
| STARR COUNTY | | TEXAS | | | | |

SHEET 4 OF 6

MDS PROJ. NO. 234000-00    FILE NAME: RGV-RGC-8056    DATE: 8/2/2024

## SCHEDULE D (Cont.)

**(1)**
EULOGIO RODRIGUEZ
CALLED 0.1377 ACRES
WARRANTY DEED
VOL. 363, PG. 411 DRSC
[REMAINING AREA: 0.098 ACRE]

ALEJO CLARKE, JR.
GIFT WARRANTY DEED
DOC. NO. 2020-356371 ORSC

**(5)**
SYLVIA LOPEZ
CALLED 0.19 OF ONE ACRE
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 886, PG. 518 ORSC
(FIRST TRACT)

**(9)**
LETICIA LARSON
CALLED 0.76 ACRE
WARRANTY DEED
VOL. 668, PG. 736 ORSC

**(13)**
UNION WATER
SUPPLY CORPORATION,
BORROWER
CALLED 1.000 ACRE
DEED OR TRUST
& SECURITY AGREEMENT
VOL. 1405, PG. 321 ORSC
(TRACT 1: OLD WATER PLANT)

**(2)**
AURORA LOPEZ, ET AL
CALLED 3.0966 ACRES
FINAL JUDGEMENT
CAUSE No. 2232
VOL. 138, PG. 215 DRSC
(SHARE 1-A)

MARTIN GEORGE JOHNSTON
& LILIA LOPEZ JOHNSTON
WARRANTY DEED
VOL. 162, PG. 472 DRSC

ALEJO CLARKE, JR.
GIFT WARRANTY DEED
DOC. NO. 2020-356371 ORSC

**(6)**
TOMAS GARZA
CALLED 0.69 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 11-A)

**(10)**
ALFREDO A. SALINAS
& BELINDA A. SALINAS
CALLED 0.2058 ACRES
WARRANTY DEED
VOL. 748, PG. 94 ORSC

**(3)**
SYLVIA LOPEZ
CALLED 1.070 ACRE
WARRANTY DEED W/
VENDOR'S LIEN
VOL. 886, PG. 518 ORSC
(SECOND TRACT)

GUSTAVO VALADEZ, JR., ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 666, PG. 647 ORSC

OSCAR R. VALADEZ,
EXECUTOR & TRUSTEE
PROBATE
CAUSE NO. 11,201
VOL. 406, PG. 454 ORSC

REBECCA VALADEZ MONTALVO
DEED OF GIFT
VOL. 391, PG. 787 ORSC

VICTOR VALADEZ, ET AL
FINAL JUDGEMENT
CAUSE No. 2232
VOL. 138, PG. 215 ORSC
(SHARE 3-A)

ARMANDO VALADEZ, JR., ET AL
AFFIDAVIT OF FACTS
CONCERNING THE IDENTITY
OF HEIRS
DOC. NO. 2021-382915 ORSC

**(7)**
TOMAS VALADEZ, ET AL
REMAINDER OF
CALLED 5.524 ACRES
FINAL JUDGEMENT
VOL. 138, PG. 215 ORSC
(SHARE 3-B)

**(11)**
THERESA FALCON SAENZ
CALLED 0.505 OF ONE ACRE
DEED OF GIFT
VOL. 1197, PG. 537 ORSC

**(4)**
VICTOR VINCENT MONIAUZ, ET AL
CALLED 1.88 ACRES
WARRANTY DEED
VOL. 678, PG. 104 ORSC

**(8)**
EVELYN GARCIA
CALLED 0.19 ACRES
WARRANTY DEED OF GIFT
VOL. 887, PG. 643 ORSC
(TRACT No. TWO)

ALEJO CLARKE, JR.
GIFT WARRANTY DEED
DOC. NO. 2020-356372 ORSC

**(12)**
FRANCISCA LOPEZ GARCIA,
ET AL.
CALLED 26.71 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 12)

ANTONIO GARCIA
WARRANTY DEED
VOL. 364, PG. 165 DRSC

SALVADOR BARAJAS
& NORA EDNA G. BARAJAS
WARRANTY DEED
VOL. 426, PG. 805 DRSC

  

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
874 HARPER ROAD, SUITE 104 - KERRVILLE, TX 78028 - 830-816-1818

**METES & BOUNDS SURVEY**
**ALEJO CLARKE, JR., ET AL**
**TRACT No. RGV-RGC-8056**
STARR COUNTY                TEXAS

| | Revision | Date | Appr. |
|---|---|---|---|
| 1 | | 8/6/24 | |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 8/24 |
| Checked | LMK | 8/24 |
| Surveyor | JOB | 8/24 |
| Fld.Bk. # | 1868855-74-08 | |

CONTRACT NO.: W91275-14-D-0013
T.O.: W91275-18-F-0139

Texas Licensed Surveying Firm
MJF ENGINEERING, INC.
NO. 10193942

**B&F ENGINEERING, INC.**
326 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6869
(EMAIL) info@bnfeng.com

MDS PROJ. NO. 234630-00     FILE NAME: RGV-RGC-8056     DATE: 8/2/2024

## SCHEDULE D (Cont.)



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8019

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of lands described in Volume 138, Page 215, Deed Records of Starr County, Texas (Share 1-A), Volume 162, Page 472, Deed Records of Starr County, Texas, and Document No. 2020-356371, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

Tract:  RGV-RGC-8056

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FORTY-SIX THOUSAND, ONE HUNDRED EIGHTY-ONE DOLLARS AND NO/100 ($46,181.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-8019:**

The sum estimated as just compensation for the land acquired is FORTY-TWO THOUSAND DOLLARS AND 00/100 ($42,000.00).

**TRACT RGV-RGC-8056:**

The sum estimated as just compensation for the land acquired is FOUR THOUSAND ONE HUNDRED EIGHTY-ONE DOLLARS AND 00/100 ($4,181.00).

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Alejo Clarke, Jr.**<br>▬▬▬▬▬<br>Rio Grande City, TX ▬▬ | Gift Warranty Deed dated January 10, 2020, filed June 25, 2020, Document No. 2020-356371, Official Public Records, Starr County, Texas<br><br>Warranty Deed dated July 24, 1999, filed July 2, 2001, Vol. 902, Page 524, Document No. 1999-216484, Official Public Records, Starr County, Texas.<br><br>Deed of Gift dated and filed August 1, 1997, Vol. 786, Page 443, Document No. 1997-192503, Official Public Records, Starr County, Texas.<br><br>Quit Claim Deed dated and filed on September 2, 1965, Vol. 309, Page 40, Document No. 1965-64380, Official Public Records, Starr County, Texas.<br><br>Final Judgement-Cause No. 2232 dated April 5, 1945, filed April 9, 1945, Vol. 138, Page 215, Document No. 1945-22891, Official Public Records, Starr County, Texas. |
| **Janie Johnston Lopez**<br>▬▬▬▬▬<br>Edinburg, TX ▬▬▬<br><br>**Rebeca Johnston**<br>▬▬▬▬▬<br>McAllen, TX ▬▬ | Probate proceedings for the Estate of Lilia J. Johnston, Cause No. P-38,417, Probate Court of Hidalgo County, Texas.<br><br>Warranty Deed dated July 19, 1950, filed August 9, 1950, Vol. 162, Page 472, |

| | |
|---|---|
| **Patricia J. Villarreal**<br><br>Edinburg, Texas | Document No. 1950-31684, Official Public Records, Starr County, Texas<br><br>Final Judgement-Cause No. 2232 dated April 5, 1945, filed April 9, 1945, Vol. 138, Page 215, Document No. 1945-22891, Official Public Records, Starr County, Texas. |
| **Alma J. Besson**<br><br>Austin, TX | |
| **Unknown Heirs of Aurora Lopez a/k/a Aurora Rodriguez a/k/a Aurora R. Garcia**<br><br>**Unknown Heirs of Oscar Hector Garcia**<br><br>**Unknown Heirs of Neri Ismelda Garcia de Enriquez** | Final Judgement-Cause No. 2232 dated April 5, 1945, filed April 9, 1945, Vol. 138, Page 215, Document No. 1945-22891, Official Public Records, Starr County, Texas. |
| **Unknown Heirs of Evangelina Rodriguez Gonzalez a/k/a Evangelina R. Gonzalez**<br><br>**Gonzalo Gonzalez**<br><br>Rio Grande City, TX<br><br>**Roberto Gonzalez**<br><br>La Grulla, TX<br><br>**Olga G. Perez**<br><br>Rio Grande City, TX<br><br>**Elma Gonzalez**<br><br>San Antonio, TX<br><br>**Ninfa G. Barrera**<br><br>Kenedy, TX | Final Judgement-Cause No. 2232 dated April 5, 1945, filed April 9, 1945, Vol. 138, Page 215, Document No. 1945-22891, Official Public Records, Starr County, Texas. |



| | |
|---|---|
| **Unknown Heirs of Manuela "Mamie" Rodriguez Palmer a/k/a Mamie R. Francis**<br><br>**William S. Palmer**<br><br>Kingwood, TX ██████<br><br>**Unknown heirs of Robert Charles Palmer** | Final Judgement-Cause No. 2232 dated April 5, 1945, filed April 9, 1945, Vol. 138, Page 215, Document No. 1945-22891, Official Public Records, Starr County, Texas. |
| **Unknown Heirs of Azucena Rodriguez Brown a/k/a Susie Rodriguez Brown**<br><br>**Unknown Heirs of Linda Brown Trent**<br><br>**Terry B. Bryan**<br><br>Reidsville, NC ██████<br><br>**Harden C. Brown, Jr.**<br><br>Ruffin, NC ██████<br><br>**Gary M. Brown**<br><br>Ruffin, NC ██████ | Final Judgement-Cause No. 2232 dated April 5, 1945, filed April 9, 1945, Vol. 138, Page 215, Document No. 1945-22891, Official Public Records, Starr County, Texas. |
| **Unknown Heirs of Eulogio Rodriguez** | Warranty Deed dated and filed March 16, 1972, Vol. 363, Page 411, Document No. 1972-80163, Official Public Records, Starr County, Texas.<br><br>Quit Claim Deed dated and filed September 2, 1965, Vol. 309, Page 40, Document No. 1965-64380, Official Public Records, Starr County, Texas.<br><br>Final Judgement-Cause No. 2232 dated April 5, 1945, filed April 9, 1945, Vol. 138, Page 215, Document No. 1945- |

| | |
|---|---|
| | 22891, Official Public Records, Starr County, Texas. |
| **Sylvia Lopez**<br><br>████████<br>Mercedes, TX ███ | Warranty Deed with Vendor's Lien dated June 15, 2000, filed February 13, 2001, Vol. 886, Page 518, Document No. 2000-213672, Official Public Records, Starr County, Texas.<br><br>Divorce Judgment-Cause No. 4243 dated December 20, 1971, filed March 20, 1972, Vol. 362, Page 463, Document No. 1971-80184, Official Public Records, Starr County, Texas.<br><br>Quit Claim Deed dated and filed September 2, 1965, Vol. 309, Page 40, Document No. 1965-64380, Official Public Records, Starr County, Texas.<br><br>Final Judgement-Cause No. 2232 dated April 5, 1945, filed April 9, 1945, Vol. 138, Page 215, Document No. 1945-22891, Official Public Records, Starr County, Texas. |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N. FM 3167, Ste 201,<br>Rio Grande City, TX 78582 | Alejo Clark, Jr.<br>Account No. 0034070<br><br>Aurora Rodriguez Garcia<br>Account No. 0007106<br><br>Azucena Rodriguez Brown<br>Account No. 0002446<br><br>Evangelina Rodriguez Gonzalez<br>Account No. 0010907<br><br>Manuela "Mamie" Rodriguez Palmer a/k/a Mamie R. Francis<br>Account No. 0006801<br><br>Martin George Johnston |

| | Account No. 0014748 |
| --- | --- |
| | Sylvia Lopez<br>Account No. 0022769 |